**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

In Re: Grand Jury Subpoena:
GRAND JURY SUBPOENA, No. R91-071

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

and                                                                            No. 94-5463

UNDER SEAL,
Plaintiff-Appellee,

v.

UNDER SEAL,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
James R. Spencer, District Judge.
(CR-93-28-A-R)

Argued: February 3, 1995

Decided: June 3, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and BUTZNER,
Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

**ARGUED:** Thomas P. Vartanian, FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON, Washington, D.C., for Appellant. Roger

William Frydrychowski, Assistant United States Attorney, Richmond, Virginia; Clarence Mosley Dunnaville, HILL, TUCKER & MARSH, Richmond, Virginia, for Appellees. **ON BRIEF:** Jack B. Gordon, Bruce J. Casino, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, Washington, D.C., for Appellant. Helen F. Fahey, United States Attorney, Richmond, Virginia; Jack B. Patrick, Trial Attorney, Fraud Section, Criminal Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Appellant challenges the district court's order concerning his motion to remedy and restrict disclosure of information revealed before a federal grand jury. We held disposition of this case in abeyance pending decision in <u>Finn v. Schiller</u>, No. 94-2373 (Jan. 3, 1996). Under <u>Finn</u>, although a district court has the authority to enter an appropriate order of civil or criminal contempt in response to notification of such a violation of Federal Rule of Criminal Procedure 6(e), there is no private cause of action under the Rule. Therefore, on the authority of <u>Finn</u>, we vacate the district court's order decided on the merits of appellant's Rule 6(e) motion, and remand for further proceedings consistent with that opinion.

<u>VACATED AND REMANDED</u>